# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO.: 5:99CR12

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| FLOYD POWELL (6), ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's "Motion to Stay Any Proceeding and Sale of Real Property and Premiseses [sic] Known As 169 8th Street, Conoever [sic], North Carolina[,] 1995 Chevy Blazer, 1984 Porsche, 1991 Dodge," filed September 11, 2006. On September 28, 2006, the Government filed a Response to the Motion to Stay.

On August 13, 2003, Defendant filed the identical Motion as reviewed by the Court here. On August 28, 2003, this Court denied Defendant's Motion. Defendant's current Motion does not provide any new allegations than those made by Defendant in his August 13, 2003 Motion. Thus, for the reasons stated in the Court's August 28, 2003 Order, Defendant's Motion is denied. Moreover, Defendant is advised that repetitive filing of the same meritless allegations are not permitted in this Court. Therefore, Defendant is warned that he is not to file any further *pro se* Motions that address the same arguments and allegations that he has previously made to this Court.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion to Stay Any Proceeding and Sale of Real Property and Premiseses [sic] Known As 169 8th Street, Conoever [sic], North Carolina[,] 1995 Chevy Blazer, 1984 Porsche, 1991 Dodge" is hereby **DENIED**.

Signed: October 2, 2006

Richard L. Voorhees
United States District Judge