# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| FLOYD JUNIOR POWELL, a/k/a "Dick" | ) Case No: <u>5:99CR12-6</u> |
| | ) USM No: <u>14740-058</u> |
| Date of Previous Judgment: <u>February 15, 2001</u> | ) <u>No attorney</u> |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

    ■ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | <u>43</u> | Amended Offense Level: | <u>41</u> |
| Criminal History Category: | <u>I</u> | Criminal History Category: | <u>I</u> |
| Previous Guideline Range: | <u>240</u> to <u>240</u> months | Amended Guideline Range: | <u>240</u> to <u>240</u> months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain): No reduction, as the original sentence in this case was limited to a statutory maximum of 20 years (240 months) by *Apprendi v. New Jersey*, which then became the applicable guideline range, per USSG §5G1.1(a). The revised guideline range is similarly limited and the guideline range remains unchanged.

## III. ADDITIONAL COMMENTS

**Counts One and Seven were grouped for guideline calculation purposes pursuant to USSG §3D1.2(d).

Except as provided above, all provisions of the judgment dated <u>February 15, 2001,</u> shall remain in effect.

**IT IS SO ORDERED**.

Order Date: <u>April 16, 2010</u>

Effective Date: _____
          (if different from order date)

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge